FILED
2019 Apr-22 AM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ESAU RODRIGUEZ-CALDERON, ) ) Petitioner, ) ) v. ) ) JOHNATHON HORTON, et al., ) ) Respondents. ) | Case No.: 4:19-cv-00227-ACA-JHE |

## MEMORANDUM OPINION

On March 21, 2019, the magistrate judge reported and recommended that the court grant Respondents' motion to dismiss (doc. 7) and dismiss as moot the petition for writ of habeas corpus. (Doc. 8). No objections have been filed.

Having considered the entire file in this action, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation that the court dismiss as moot the petition for writ of habeas corpus. The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this April 22, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE